HOYER & HICKS
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
Jennifer E. McGuire (SBN 282704)
jmcguire@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
tel (415) 766-3539
fax (415) 276-1738

Attorneys for Plaintiffs
STEVEN VILLARREAL, AGUSTIN BENITEZ, and CARLOS MORALES

Mark D. Kruthers
mkruthers@dowlingaaron.com
Dowling Aaron Incorporated
8080 N. Palm Ave. Third Floor
Fresno, CA 93711
tel (559) 432-4500
fax (559) 432-4590

Attorneys for PERFECTION PET FOODS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VILLARREAL, AGUSTIN BENITEZ, and CARLOS MORALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PERFECTION PET FOODS, LLC, a California limited liability company,<br><br>Defendants. | Case No. 1:16-cv-01661-LJO-EPG<br><br>**STIPULATION AND ORDER RE: COMPLAINT/FIRST AMENDED COMPLAINT AND RESPONSE TO SAME** |

/ / /

1

I.

**STIPULATION**

Plaintiffs STEVEN VILLARREAL, AGUSTIN BENITEZ, and CARLOS MORALES collectively, "Plaintiffs") and Defendant PERFECTION PET FOODS, LLC ("Defendant") hereby agree as follows:

1.      Plaintiffs filed the complaint in this case on November 2, 2016 (the "Complaint") and notified the Labor and Workforce Development Agency ("LWDA") of their claims on the same day.

2.      If the LWDA does not notify Plaintiffs of its decision to investigate Plaintiffs' claims on or before January 6, 2016, Plaintiffs intend to file a First Amended Complaint ("FAC") to include Private Attorney General Act claims and penalties.  California Labor Code section 2699.3(a)(C) grants Plaintiffs the right to amend the Complaint if the LWDA does not notify Plaintiffs of its intent to investigate.

3.      Defendant agrees that Plaintiffs may file a FAC on or before January 10, 2017 to include such claims and penalties.

4.      While Plaintiffs previously served the Complaint on Defendant, the parties agree that since the FAC may be filed, it makes sense to continue the deadline for Defendant to respond to the Complaint.  In the event the FAC is filed, the parties agree that Defendant will simply respond to that pleading. In the event the FAC is not filed, Defendant will respond to the Complaint.

4.      Accordingly, the parties agree to continue Defendant's deadline to respond to the Complaint to January 24, 2017.  In the event the FAC is filed, Defendant will file a response to the pleading on or before January 24, 2017.  In the event the FAC is not filed, Defendant will file a response to that pleading on or before January 24, 2017.

5.     The Mandatory Scheduling Conference in the above captioned-action is set for February 7, 2016.    Accordingly, the deadlines addressed by way of this Stipulation will not prevent the Mandatory Scheduling Conference from proceeding as scheduled and all parties will have appeared in the case by the time of the Mandatory Scheduling Conference.

**IT IS SO STIPULATED.**

Pursuant to Civil Local Rule 131(e), concurrence in the filing of this document has been obtained from Jennifer E. McGuire, Counsel for Plaintiffs on December 8, 2016.

                                                        HOYER & HICKS

Date: December 8, 2016                   /s/ Jennifer E. McGuire
                                                        (as authorized on 1218116)
                                                        Jennifer E. McGuire
                                                        *Attorneys for Plaintiffs Steven Villarreal,*
                                                        *Agustin Benitez, and Carlos Morales*

                                                        DOWLING AARON INCORPORATED

Date: December 8, 2016                   /s/ Mark D. Kruthers
                                                        Mark D. Kruthers
                                                        Attorneys for
                                                        *Perfection Pet Foods, LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Based upon the foregoing stipulation and good cause appearing, Plaintiffs may file a FAC on or before January 10, 2017, and Defendant's deadline to respond to the Complaint is extended to January 24, 2017.

IT IS SO ORDERED.

Dated:   **December 12, 2016**        /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE