HOYER & HICKS
Richard A. Hoyer (SBN 151931)
rhoyer@hoyerlaw.com
Ryan L. Hicks (SBN 260284)
rhicks@hoyerlaw.com
Jennifer E. McGuire (SBN 282704)
jmcguire@hoyerlaw.com
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
*tel* (415) 766-3539
*fax* (415) 276-1738

Attorneys for Plaintiffs
STEVEN VILLARREAL, AGUSTIN BENITEZ, and CARLOS MORALES

Mark D. Kruthers
mkruthers@dowlingaaron.com
Dowling Aaron Incorporated
8080 N. Palm Ave. Third Floor
Fresno, CA 93711
*tel* (559) 432-4500
*fax* (559) 432-4590

Attorneys for PERFECTION PET FOODS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VILLARREAL, AGUSTIN BENITEZ, and CARLOS MORALES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PERFECTION PET FOODS, LLC, a California limited liability company,<br><br>Defendant. | Case No. 1:16-cv-01661-LJO-EPG<br><br>**STIPULATION AND ORDER RE: DEADLINE TO FILE RESPONSE TO FIRST AMENDED COMPLAINT AND CONTINUANCE OF SCHEDULING CONFERENCE** |

**I.**

**STIPULATION**

Plaintiffs STEVEN VILLARREAL, AGUSTIN BENITEZ, and CARLOS MORALES (collectively, "Plaintiffs") and Defendant PERFECTION PET FOODS, LLC ("Defendant") hereby agree as follows:

1. Pursuant to a stipulation entered into by Plaintiffs and Defendant, which subsequently became an Order of the above-entitled Court, Plaintiffs filed their First Amended Complaint in this case on January 10, 2017 (the "FAC").

2. In accordance with the prior stipulation and Order of the above-entitled Court, Defendant had until January 24, 2017 to file a response to the FAC.

3. In discussions with counsel for Plaintiffs, counsel for Defendant indicated that a Motion to Compel Arbitration would be filed in response to the FAC.

4. Counsel for Plaintiffs agreed to review the arbitration policy and/or agreements at issue and consider whether or not Plaintiffs would be agreeable to stipulating to refer the above-captioned action to binding arbitration.

5. In order to give the parties time to discuss the issue of binding arbitration, and possibly avoid the need for a Motion to Compel Arbitration to be filed, Plaintiffs agreed to continue Defendant's deadline to file a response to the FAC fourteen (14) days (or until February 7, 2017).

6. Presently, a Mandatory Scheduling Conference is set to take place in the above-captioned action on February 7, 2017.  The parties acknowledge that in the event the purported disputes are sent to binding arbitration, there will be no need for the Mandatory Scheduling Conference to take place.

/ / /

7. In the event Plaintiffs do not agree to stipulate to binding arbitration, Defendant will file its Motion to Compel Arbitration on February 7, 2017 and request that the hearing on the Motion to Compel Arbitration be set for March 10, 2017.

8. In order to the give the parties, and if necessary the Court, time to address the issue of binding arbitration, Plaintiffs and Defendant agree that the Mandatory Scheduling Conference currently set for February 7, 2017 should be continued to a date in late March or early April of 2017.

**IT IS SO STIPULATED.**

Pursuant to Civil Local Rule 131(e), concurrence in the filing of this document has been obtained from Jennifer E. McGuire, Esq., counsel for Plaintiffs on January 24, 2017.

HOYER & HICKS

Date: January 24, 2017          /s/ Jennifer E. McGuire
                                (as authorized on 1-24-17)
                                Jennifer E. McGuire
                                *Attorneys for Plaintiffs Steven Villarreal,*
                                *Agustin Benitez, and Carlos Morales*

DOWLING AARON INCORPORATED

Date: January 24, 2017          /s/ Mark D. Kruthers
                                Mark D. Kruthers
                                Attorneys for
                                *Perfection Pet Foods, LLC*

3

**ORDER**

Based upon the foregoing stipulation and good cause appearing, the terms and conditions set forth in the Stipulation are SO ORDERED and the Mandatory Scheduling Conference in the above-entitled matter is continued to April 18, 2017 at 9:30 a.m., in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated:   **January 30, 2017**          /s/ *Erica P. Grosjean*
                              UNITED STATES MAGISTRATE JUDGE